**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**SILVANO LUNA VELASCO,**

**Petitioner,**

**v.** **No. 1:26-cv-01559-SMD-KRS**

**MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, *et al.*,**

**Respondents.**

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus (Doc. 9), Final Judgment is hereby entered in favor of Petitioner Silvano Luna Velasco and against Respondents Markwayne Mullin; Todd M. Lyons; Warden of Torrance County Detention Facility; ICE El Paso Field Director; and U.S. Attorney General.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**